No. 41812.—Protest 62903–G of Salem Shawiry (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel certain items consisting of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41813.—Protest 23278–G of Abraham & Straus, Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel certain articles embroidered and in part of lace similar to those involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) and *Pustet* v. *United States* (13 id. 530, T. D. 41396), Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), and filet laces similar to those the subject of *United States* v. *Jabara* (22 id. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

JULY 5, 1939

No. 41814. ▉▉▉▉▉▉▉▉▉▉▉▉ Protests 886345–G, etc., of Geo. S. Bush & Co., Inc., et al.   C. D. 171.   Plaintiffs' application for rehearing denied.

No. 41815. ▉▉▉▉▉▉ Protests 945332–G, etc., of Oldetyme Distillers, Inc. C. D. 184.   Motion of Government for rehearing denied.

JULY 10, 1939

No. 41816.—Suit 4190.—▉▉▉▉▉▉▉▉—*Henry Pels & Co.* v. *United States.*   T. D. 49540 affirmed.

BEFORE THE SECOND DIVISION, JULY 12, 1939

No. 41817.—Protest 126546–G of F. Newman (New York).

Opinion by Tilson, J.   The record established that certain of the items in question consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim was therefore sustained as to these articles.